UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ANDY LITTARITZ,

    Plaintiff,

v.

                                    Case No.: 17-cv-298

EXOS, INCORPORATED;
PRECOR, INCORPORATED;
JOHN GOLDEN; and STEVE MENZEL,

    Defendants.

## ORDER

Pursuant to the agreed upon stipulation of the parties,

**IT IS HEREBY ORDERED** that Defendant Precor Incorporated should answer or otherwise respond to Plaintiff's complaint on or before Friday, March 23, 2018.

Date signed 3/5/2018.

                                                  s/Lynn Adelman
                                                  HONORABLE LYNN ADELMAN
                                                  District Court Judge